7 So.2d 894
## Carl PARRISH v. STATE.
### 7 Div. 706.

Supreme Court of Alabama.
May 7, 1942.

Motley & Motley, of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

THOMAS, Justice.

Petition of Carl Parrish for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Parrish v. State, 7 So.2d 893.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.